Andrew M. Schatz
Jeffrey S. Nobel
Mark P. Kindall
SCHATZ NOBEL IZARD P.C.
20 Church Street, Suite 1700
Hartford, Connecticut 06103
Tel:   (860) 493-6292
Fax:   (860) 493-6290

**Counsel for Plaintiff
Thomas O'Reilly**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| THOMAS O'REILLY,<br><br>　　　Plaintiff<br><br>　　　v.<br><br>LDK SOLAR, CO., LTD.,<br>XIAOFENG PENG, XINGXUE TONG,<br>and JACK LAI,<br><br>　　　Defendant. | CASE NO.:<br><br>**CLASS ACTION**<br><br>CERTIFICATION OF MARK P. KINDALL<br>PURSUANT TO LOCAL RULE 3-7 (d) |

　　　I, Mark P. Kindall make this declaration pursuant to Local Rule 3-7 (d) of the United States District Court for the Northern District of California.

　　　I am seeking to serve as counsel in this action, which is governed by the Private Securities Litigation Reform Act of 1995, Pub. L. No. 104-67 Stat. 737 (1995). Exclusive of securities held through mutual funds or discretionary accounts managed by professional money managers, I do not directly own or otherwise hold a beneficial interest in the securities that are the subject of this action.

　　　I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. If called as a witness, I could and would competently testify thereto.

　　　Executed this 9th day of October, 2007 at Hartford, Connecticut.

1
2   By: /s/ Mark P. Kindall
3   Mark P. Kindall
    One Corporate Center
4   20 Church Street, Suite 1700
    Hartford, Connecticut 06103
5   Tel: (860) 493-6292
    Fax: (860) 493-6290
6
    **Counsel for Plaintiff**
7   **Thomas O'Reilly**