UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

THOMAS O'REILLY,

        Plaintiff (s),

v.

LDK SOLAR, CO., LTD, ET AL.,
        Defendant(s).

No. C 07-05205 CRB

**FILED**
2007 OCT 11  P 1:24

ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE FOR SECURITIES CLASS ACTIONS SUBJECT TO PRIVATE SECURITIES LITIGATION REFORM ACT (PSLRA) AND ADR DEADLINES



    IT IS HEREBY ORDERED that this action is assigned to the Honorable Charles R. Breyer. When serving the complaint or notice of removal, the plaintiff or removing defendant must serve on all other parties a copy of this order, the handbook entitled "Dispute Resolution Procedures in the Northern District of California", a copy of the "Model Stipulation and Proposed Consolidation Order for Securities Fraud Class Actions," a copy of the "Sample Confidentiality Order," and all other documents specified in Civil Local Rule 4-2. Counsel must comply with the case schedule listed below unless the Court otherwise orders.

    IT IS FURTHER ORDERED that this action is assigned to the Alternative Dispute Resolution (ADR) Multi-Option Program governed by ADR Local Rule 3. Counsel and clients shall familiarize themselves with that rule and with the handbook entitled "Dispute Resolution Procedures in the Northern District of California."

## CASE SCHEDULE -ADR MULTI-OPTION PROGRAM

| Date | Event | Governing Rule |
|---|---|---|
| 10/11/2007 | Complaint filed | |
| 10/11/2007 | Plaintiff to file requisite certificate | Civil L.R. 3-7(b) |
| 10/31/2007 | Last day for plaintiff to file copy of notice | Civil L.R. 23-1(a) |
| 60 days after publication of notice | Last day to file motion to serve as lead plaintiff | Civil L.R. 23-1(b) |
| 12/28/2007 | Last day to:<br>• meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan | FRCivP 26(f) & ADR L.R. 3-5 |
| | • file Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference | Civil L.R. 16-8 |
| 1/11/2008 | Last day to complete initial disclosures or state objection in Rule 26(f) Report, file Case Management Statement and file/serve Rule 26(f) Report | FRCivP 26(a) (1)<br>Civil L.R . 16-9 |

| | | |
|---|---|---|
| 1/18/2008 | INITIAL CASE MANAGEMENT CONFERENCE (CMC) in Ctrm. 8, 19th Fl,SF at 8:30 AM | Civil L.R. 16-10 |