1  COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
2  SHAWN A. WILLIAMS (213113)
   100 Pine Street, 26th Floor
3  San Francisco, CA  94111
   Telephone: 415/288-4545
4  415/288-4534 (fax)
   shawnw@csgrr.com
        – and –
5  DARREN J. ROBBINS (168593)
   MARY K. BLASY (211262)
6  655 West Broadway, Suite 1900
   San Diego, CA  92101
7  Telephone: 619/231-1058
   619/231-7423 (fax)
8  darrenr@csgrr.com
   maryb@csgrr.com
9
   Attorneys for Plaintiff
10
                    UNITED STATES DISTRICT COURT
11
                   NORTHERN DISTRICT OF CALIFORNIA
12
13 ALLAN CANDELORE, On Behalf of Himself )   No. C-07-05182-WHA
   and All Others Similarly Situated,    )
                                         )   CLASS ACTION
14                    Plaintiff,         )
                                         )
15       vs.                             )
                                         )
16 LDK SOLAR CO., LTD., et al.,          )
                                         )
17                    Defendants.        )
                                         )
18 THOMAS O' REILLY,                     )   No. C-07-05205-CRB
                                         )
19                    Plaintiff,         )   CLASS ACTION
                                         )
20       vs.                             )
                                         )
21 LDK SOLAR CO., LTD., et al.,          )
                                         )
22                    Defendants.        )
                                         )
23
   [Caption continued on following page.]
24
         **STIPULATION AND [PROPOSED] ORDER CONSOLIDATING RELATED
25                  ACTIONS AND DEFERRING RESPONSE DATE**
26
27
28

| | | |
|---|---|---|
| 1 | FREDRICK GRENWALD, individually and on Behalf All Others Similarly Situated, ) | No. C-07-05259-MHP |
| 2 | ) | CLASS ACTION |
| 3 | Plaintiff, ) ) | |
| 4 | vs. ) ) | |
| 5 | LDK SOLAR CO., LTD., et al., ) ) | |
| 6 | Defendants. ) ) ) | |

1   WHEREAS, there are currently three related securities class action lawsuits instituted on behalf of the stockholders of LDK Solar Co. Ltd. ("LDK") pending in this District;

WHEREAS, consolidation of these related actions will promote judicial economy, avoid duplicative law and motion and discovery proceedings, and streamline adjudication of these related matters;

WHEREAS, a lead plaintiff has not yet been appointed pursuant to 15 U.S.C. §78u 4(a)(3)(B) of the Securities Exchange Act of 1934;

WHEREAS, LDK and LDK Solar USA, Inc., through their counsel of record indicated below, have agreed to waive process of service without waiving any challenges as to jurisdiction or venue; and

WHEREAS, the agreed-upon schedule is not for the purpose of delay, promotes judicial efficiency, and will not cause prejudice to either party,

IT IS HEREBY STIPULATED by the parties, through their counsel of record, that:

1. The following actions are hereby consolidated for all purposes, including pretrial proceedings, trial and appeal, pursuant to Fed. R. Civ. P. 42(a):

| Abbreviated Case Name | Civil Case No. | Date Filed |
|---|---|---|
| *Candelore v. LDK Solar Co., Ltd., et al.* | 07cv05182 | 10/09/07 |
| *O'Reilly v. LDK Solar Co., Ltd., et al.* | 07cv05205 | 10/11/07 |
| *Greenwald v. Peng, et al.* | 07cv05259 | 10/16/07 |

2. The caption of these consolidated cases shall be "*In re LDK Solar Securities Litigation*" and the files of this action shall be maintained in one file under Master File No. C-07-05182-WHA. Any other actions now pending or hereafter filed in this District which arise out of the same facts and claims as alleged in these related actions shall be consolidated for all purposes, if and when they are brought before this Court and the Court accepts the transfer and approves consolidation;

3. Without waiving any challenges to jurisdiction or venue, LDK and LDK Solar USA, Inc., through their counsel of record indicated below, agree to waive process of service;

**STIPULATION AND [PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS AND DEFERRING RESPONSE DATE** - C-07-05182-WHA                                                                                                           - 1 -

4.   Every pleading filed in the consolidated actions, or in any separate action included herein, shall bear the following caption:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE LDK SOLAR SECURITIES LITIGATION ) | Master File No. C-07-05182- WHA |
| ) | |
| This Document Relates to: ) | |
| ) | |
| ) | <u>CLASS ACTION</u> |
| ) | |
| ) | |

5.   When a pleading is intended to apply to all actions governed by this Order, the words "All Actions" shall appear immediately after the words "This Document Relates to:" in the caption set out above.  When a pleading is intended to apply only to some, but not all of the consolidated actions, this Court's docket number for the individual action to which the document applies along with the last name of the first-listed plaintiff in said action shall appear immediately after the words "This Document Relates to:" in the caption described above;

6.   From the date of entry of this Order, the parties shall comply with 15 U.S.C. §78u-4(b)(3)(C)(i), without regard to whether a stay under 15 U.S.C. §78u-4(b)(3)(B) is in effect, and shall comply with 15 U.S.C. §78u-4(b)(3)(C)(i) provisions concerning documents, including, but not limited to, electronic documents and e-mail, relevant to allegations contained in any and all of the pleadings in these actions, including any consolidated class action complaint;

7.   Within 20 days of the appointment of a lead plaintiff and lead counsel in the consolidated action, lead plaintiff shall designate one of the complaints operative or establish a schedule for filing a consolidated complaint which shall be the operative complaint and which shall supercede all previously filed complaints.  Defendants need not respond to any preceding complaints.  Lead plaintiff and defendants shall also negotiate a briefing schedule on defendants' anticipated motion to dismiss the operative complaint;

8.   The parties shall effect service of papers filed with the Court on opposing counsel by overnight mail service, hand delivery, or facsimile, unless otherwise agreed.  After the Court appoints lead plaintiff's counsel, defendants may serve all plaintiffs' counsel who are not appointed

**STIPULATION AND [PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS AND DEFERRING RESPONSE DATE** - C-07-05182-WHA                                                                                                   - 2 -

as lead counsel by regular mail, but must continue to serve lead plaintiff's counsel by overnight mail service, hand delivery, or facsimile.

    IT IS SO STIPULATED.

DATED: November 6, 2007          COUGHLIN STOIA GELLER
                                                 RUDMAN & ROBBINS LLP
                                          DARREN J. ROBBINS
                                          MARY K. BLASY

                                          s/ MARY K. BLASY
                                          MARY K. BLASY

                                          655 West Broadway, Suite 1900
                                          San Diego, CA  92101
                                          Telephone:  619/231-1058
                                          619/231-7423 (fax)

                                          COUGHLIN STOIA GELLER
                                               RUDMAN & ROBBINS LLP
                                          SHAWN A. WILLIAMS
                                          100 Pine Street, 26th Floor
                                          San Francisco, CA  94111
                                          Telephone:  415/288-4545
                                          415/288-4534 (fax)

                                          Attorneys for Plaintiff Allan Candelore

DATED: November 6, 2007          SCHATZ NOBEL IZARD P.C.
                                          ANDREW M. SCHATZ
                                          JEFFREY S. NOBEL
                                          MARK P. KINDALL

                                          s/ MARK P. KINDALL (with permission)
                                          MARK P. KINDALL

                                          20 Church Street, Suite 1700
                                          Hartford, CT  06103
                                          Telephone:  860/493-6292
                                          860/493-6290 (fax)

                                          Attorneys for Plaintiff Thomas O'Rielly

| | | |
|---|---|---|
| 1 | DATED: November 6, 2007 | GLANCY BINKOW & GOLDBERG LLP<br>LIONEL GLANCY |
| | | |
| | | s/ LIONEL GLANCY (with permission)<br>LIONEL GLANCY |
| | | |
| | | 1801 Avenue of the Stars, Suite 311<br>Los Angeles, CA  90067<br>Telephone:  310/201-9150<br>310/201-9160 (fax) |
| | | |
| | | GLANCY BINKOW & GOLDBERG LLP<br>SUSAN G. KUPFER<br>One Embarcadero Center, Suite 760<br>San Francisco, CA  94115<br>Telephone:  415/972-8160<br>415/972-8166 (fax) |
| | | |
| | | Attorneys for Plaintiff Fredrick Greenwald |
| | | |
| | DATED: November 6, 2007 | LATHAM & WATKINS LLP<br>JAMES J. FARRELL |
| | | |
| | | s/ JAMES J. FARRELL (with permission)<br>JAMES J. FARRELL |
| | | |
| | | 633 West Fifth Street, Suite 4000<br>Los Angeles, CA  90071-2007<br>Telephone:  213/485-1234<br>213/891-8763 (fax) |
| | | |
| | | Attorneys for Defendants LDK Solar Co., Ltd., LDK Solar  USA, Inc., Xiaofeng Peng, XingXue Tong, and Jack Lai |

**O R D E R**

IT IS SO ORDERED.

DATED: _____November 7, 2007._____      _____
                                         THE HONORABLE WILLIAM H. ALSUP
                                         UNITED STATES DISTRICT JUDGE

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge William Alsup]

S:\CasesSD\LDK Solar\STP00046845.doc

**STIPULATION AND [PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS AND DEFERRING RESPONSE DATE** - C-07-05182-WHA                                                       - 4 -

1 <u>CERTIFICATE OF SERVICE</u>

2 I hereby certify that on November 6, 2007, I electronically filed the foregoing with the Clerk
3 of the Court using the CM/ECF system which will send notification of such filing to the e-mail
4 addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have
5 mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF
6 participants indicated on the attached Manual Notice List.

7 I certify under penalty of perjury under the laws of the United States of America that the
8 foregoing is true and correct. Executed on November 6, 2007.

          s/ MARY K. BLASY
          MARY K. BLASY

          COUGHLIN STOIA GELLER
             RUDMAN & ROBBINS LLP
          655 West Broadway, Suite 1900
          San Diego, CA  92101-3301
          Telephone:  619/231-1058
          619/231-7423 (fax)

          E-mail:  maryb@csgrr.com

# Mailing Information for a Case 3:07-cv-05182-WHA

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Mary K. Blasy**
  maryb@lerachlaw.com,e_file_sf@lerachlaw.com

- **Darren Jay Robbins**
  e_file_sd@csgrr.com

- **Shawn A. Williams**
  shawnw@csgrr.com,travisd@csgrr.com,moniquew@csgrr.com,e_file_sf@csgrr.com,cwood

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)